**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen (KAR-4963)
Vincent A. D'Agostino (VAD-0120)
Joseph M. Yar (JMY-2477)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel for the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BETH ISRAEL HOSPITAL ASSOCIATION OF PASSAIC, d/b/a PBI REGIONAL MEDICAL CENTER,<br><br>Debtor. | Chapter 11<br><br>Case No. 06-16186 (NLW) |
| EDWARD BOND, THE LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>CALIGOR HOSPITAL DIVISION,<br><br>Defendant. | Adv. Pro. No.: 08-01748 |

### CERTIFICATION OF SERVICE

I, Lisa Marie Sowinski, pursuant to 28 U.S.C. section 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to Edward Bond, the Liquidating Trustee.

2. On Thursday, July 17, 2008, I caused a copy of the *Summons and Adversary Complaint to Avoid and Recover Preferential Transfers and Disallow Claims Pursuant to Bankruptcy*

19730/3
07/18/2008 6744427.1

-2-

*Rules 3001 and 7001 and 11 U.S.C. Sections 547, 550 and 502(d)* to be served upon the following via certified mail, return receipt requested:

CALIGOR HOSPITAL DIVISION<br>
526 Congaree Road<br>
Greenville, SC  29607<br>
Attn:  President, Authorized Officer or Authorized Agent

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

Dated:   July 18, 2008                              */s/ Lisa Marie Sowinski*
                                                    Lisa Marie Sowinski

-2-